# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) | |
|---|---|---|
| RACHAEL MARZOLINE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:22-cv-03101 - LB |
| THE LITIGATION PRACTICE GROUP, PC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE LITIGATION PRACTICE GROUP, PC,
c/o DANIEL S MARCH
17542 E 17TH STREET STE 100
TUSTIN, CA 92780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*



Date: May 27, 2022

*Signature of Clerk or Deputy Clerk*