AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California



RACHAEL MARZOLINE

*Plaintiff(s)*

v.

THE LITIGATION PRACTICE GROUP, PC

*Defendant(s)*

Civil Action No. 4:22-cv-03101 - LB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE LITIGATION PRACTICE GROUP, PC,
c/o DANIEL S MARCH
17542 E 17TH STREET STE 100
TUSTIN, CA 92780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: May 27, 2022

*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RACHAEL MARZOLINE,

    Plaintiff,

v.

LITIGATION PRACTICE GROUP, PC,

    Defendant.

Case No. 22-cv-03101-LB

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

IT IS HEREBY ORDERED that this action is assigned to the Honorable Laurel Beeler. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate judge within 14 days of the filing of the complaint or the removal. All other parties must file a consent or declination within 14 days of appearing in the case. All parties who have made an appearance must file a consent or declination within 7 days of the filing of a dispositive motion or the case will be reassigned to a district court judge. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at http://www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties

## UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rachael Marzoline** | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 4:22-cv-03101 - LB |
| **The Litigation Practice Group, PC** | ) |
| _Defendant_ | ) |

## AFFIDAVIT OF SERVICE

I, April Newtran, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on The Litigation Practice Group, PC in Orange County, CA on June 14, 2022 at 9:45 am at 17542 17th St, Suite 100, Tustin, CA 92780 by leaving the following documents with Isabelle Rodriguez who as Receptionist is authorized by appointment or by law to receive service of process for The Litigation Practice Group, PC.

Summons in a Civil Action
Complaint for Damages and Demand for Jury Trial
Order Setting Initial Case Management Conference and ADR Deadlines

Additional Description:
I served Isabelle Rodriguez with the documents.

Hispanic or Latino Female, est. age 25, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=33.759300937,-117.8260966391
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Orange County, CA on 6/22/2022

/s/ April Newtran
April Newtran - (949) 903-6605
Registration No.: 6226
Registration County: Orange County