NICHOLAS M. WAJDA (State Bar #259178)
nick@wadjalawgroup.com
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| RACHAEL MARZOLINE, <br><br> Plaintiff, <br><br> v. <br><br> THE LITIGATION PRACTICE GROUP, PC., <br><br> Defendant. | Case No. 4:22-cv-03101 <br><br> **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

The undersigned, counsel of record for Rachael Marzoline, Plaintiff, furnishes the following list in compliance with Civil L. R. 3-16 and Fed. R. Civ. P. 7.1:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    1) Rachael Marzoline, Plaintiff
    3) The Litigation Practice Group, PC, Defendant
    4) Law Office of Nicholas M. Wajda, Esq., Attorneys for Plaintiff

2.) The name of every other entity whose publicly-traded stock, equity, or debt

1

may be substantially affected by the outcome of the proceedings:

    None

3.)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None

4.)    The name of each victim (individual and corporate), including every person who may be entitled to restitution:

5.)    Check one of the following:

    __X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.
-**or**-

    ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

DATED: August 4, 2022                       Respectfully submitted,

                                                  */s/ Nicholas M. Wajda*
                                                  NICHOLAS M. WAJDA
                                                  (State Bar #259178)
                                                  Attorney Email Address:
                                                  nick@wadjalawgroup.com
                                                  WAJDA LAW GROUP, APC
                                                  6167 Bristol Parkway, Suite 200
                                                  Culver City, California 90230
                                                  Telephone: (310) 997-0471
                                                  Facsimile: (866) 286-8433
                                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

1  I hereby certify that on August 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the Northern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by USPS Mail, postage prepaid to the following participants:

THE LITIGATION PRACTICE GROUP, PC.
C/O DANIEL S MARCH
17542 E 17TH STREET STE 100
TUSTIN, CALIFORNIA 92780

*/s/ Nicholas M. Wajda*

3