NICHOLAS M. WAJDA (State Bar #259178)
nick@wadjalawgroup.com
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| RACHAEL MARZOLINE,<br><br>           Plaintiff,<br><br>     v.<br><br>THE LITIGATION PRACTICE GROUP, PC.,<br><br>           Defendant. | Case No. 4:22-cv-03101<br><br>**NOTICE OF SERVICE OF: ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

   I, Nicholas M. Wajda, an attorney, hereby certifies that on August 1, 2022, a copy of the Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement [Dkt. 12] was sent via email to all counsel of record in accordance with Fed. R. Civ. P. 4 and 5, and Civil L. R. 5-5(a).

DATED: August 5, 2022                    Respectfully submitted,

                                         */s/ Nicholas M. Wajda*
                                         NICHOLAS M. WAJDA
                                         (State Bar #259178)
                                         Attorney Email Address:
                                         nick@wadjalawgroup.com
                                         WAJDA LAW GROUP, APC
                                         6167 Bristol Parkway, Suite 200
                                         Culver City, California 90230

1

Telephone: (310) 997-0471<br>
Facsimile: (866) 286-8433<br>
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of the Court for the Northern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by USPS Mail, postage prepaid to the following participants:

THE LITIGATION PRACTICE GROUP, PC.<br>
C/O DANIEL S MARCH<br>
17542 E 17TH STREET STE 100<br>
TUSTIN, CALIFORNIA 92780

*/s/ Nicholas M. Wajda*